**Opinion issued May 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00264-CV

_____

## IN RE RICARDO FORNESA, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Ricardo Fornesa, Jr. has filed a petition for writ of mandamus, requesting that we compel the trial court to rule on a "Motion for New Trial or Rehearing due to Absence of Transcripts and Procedural Errors."[1]

---

[1]  The underlying case is *Ricardo Fornesa, Jr. v. Auto Club Indemnity Company, Paul R. Hill, and Clayton C. Dilday*, cause number 23-DCV-301423, pending in the 268th Judicial District Court of Fort Bend County, the Honorable Steve Rogers presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.